**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JORGE LUIS YOS,

Petitioner,

v.

DAVID A. MARIN, ETC., ET AL.,

Respondents.

No. ED CV 26-3795-MWC(E)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge’s Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part: (a) enjoining Respondents from re-detaining Petitioner (A# 246-058-771) without providing notice and a pre-deprivation hearing before a neutral adjudicator; (b) enjoining Respondents from removing Petitioner to a third country without notice and an opportunity to be heard on any fear of persecution or torture Petitioner has in that country; and (c) otherwise dismissing the Petition without

prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 14, 2026.

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE