JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE LUIS YOS,<br>Petitioner,<br>v.<br>DAVID A. MARIN, ETC. ET AL.,<br>Respondents. | No. ED CV 26-3795-MWC(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part: (a) Respondents are enjoined from re-detaining Petitioner (A# 246-058-771) without providing notice and a pre-deprivation hearing before a neutral adjudicator; (b) Respondents are enjoined from removing Petitioner to a third country without notice and an opportunity to be heard on any fear of persecution or torture Petitioner has in that country; and (c) the Petition is otherwise dismissed without prejudice.

DATED: September 14, 2026.

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE